SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED

OCT 18 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ONEAL JOHNSON

Plaintiff(s),

v.

PRESERVATION MANAGEMENT
OWNERS VAN BUREN PLACE APT,
DELORES ASEITIA
~~MARISSA SEVERANCE~~
PAMELA BERGNER
HECTOR CANDOR
STEVE MGREENBAUM
MIKE KURKA

Defendant(s).

Case Number: 1:21-CV-02878

AMENDED **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is ONEAL JOHNSON of the county of COOK in the state of ILLINOIS.

3. The defendant is PRESERVATION MANAGEMENT ETAL, whose street address is 1504 W VAN BUREN ST, (city) CHICAGO (county) COOK (state) ILL (ZIP) 60626

(Defendant's telephone number) (312) – 7336187

4. The plaintiff sought employment or was employed by the defendant at (street address) 1504 W VAN BUREN ST (city) CHICAGO (county) Cook (state) ILL (ZIP code) 60607

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July, (day) 1, (year) 2019.

7.1 ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)________ (day)______ (year)______.

(ii) ☐ the Illinois Department of Human Rights, on or about (month)________ (day)______ (year)______.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) 3 (day) 10 (year) 21

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) 3 (day) 11 (year) 21.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 4 (day) 9 (year) 21 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [***check only those that apply***]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):______________________________

______________________________________________

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [***check only those that apply***]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): ______________________

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
ONeal Johnson

(Plaintiff's name)
ONeal JOHNSON

(Plaintiff's street address)
816 W 76 ST

(City) CHIC (State) Ill (ZIP) 60620

(Plaintiff's telephone number) (773) – 992-67-59

Date: 5-26-21



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

COMPLAINT

1.Plaintiff is one of three employees at van buren place apartments,Plaintiff is a Black employee and there are two White employees,Janitor Mike and Manager Delores Aspeitia,On and about July 2019,Plaintiff started working for Preservation management,Plaintiff was a temp to hire at the management company,Plaintiff was in agreement with his temp employer Express Employment Professionals,Plaintiff was in agreement to work four months befor the company could hire him,on about October 2019 Preservation management hire Plaintiff,during the first month of Plaintiff temp to hire months,Defendant Delores Aspeitie made many sexual harassment advances on plaintiff, On and about july defendant Delores started telling Plaintiff about the last maintenance man,she will tell plaintiff how he loved her breast,how he would talk how pretty they were,shortly after that she would were her shirt open if the front were Plaintiff could see her breast,Plaintiff asked manager Delores why would the maintenance man talk to her like that,she would say look at her breast,and say to Plaintiff dont see why,Plaintiff never complied to her advances and she never stoped,on and about Aug,2019,defendant Delores came into Plaintiff office and closed the door,Plaintiff asked her was there a order she had for him to do,Defendant told Plaintiff no she dont have a work oder for him but she have another job for Plaintiff to do,defendant delores told Plaintiff that she wanted him to have sex with her on the lazy boy chair he had in his office,Plaintiff declined to go alone,defendant told Plaintiff that if he wanted to get hired in to the company,that threw her was a shure hire,Plaintiff told defendant delores that he could not do that,delores left out Plaintiff office upset,saying we will see about that.

2.On and about Septenber 2019,i notice she started to get another attitude,she started acting

mean,she would start telling Plaintiff he dont know his job,that Oscar would of been completed the work,Ocar is a latino maintenance man who worked for the company.

3.Plaintiff clocked into work off defendant Delores computer,after Plaintiff turned Dendant Delores sexual advances down,she started telling plaintiff that she didnt want his black ass face in her office,she told Plaintiff she will punch him in and out of work and for lunch.

4.Plaintiff would be in a conversation with the Defendant Delores about a job related issue,when Plaintiff would try and answer her question,Delores would put her fingers in her ear and yell out loud BLA,BLA,BLA,BLA,she would say she dont give a fuck about what Plaintiff just said.Defendant Delores would go on to tell Plaintiff that he could kiss her Lilly White Ass,then tell Plaintiff to get the fuck out her office,this atittude happen on a regular bases long as Plaintiff work for the company,On and about October 2019,Defendant Delores told Plaintiff that the company wasant going to hire him.

5.on and about october 18,2019 Plaintiff got hired by Preservation management.Plaintiff was hired as supervisor of maintenance.Plaintiff told Manager Delores that he was hired as supervisor of maintenance,The defendant Delores told the Plaintiff know the fuck you didnt get hired as supervisor,you are worthless and dont deserve this position,she took all Plaintiff hiring papers went to her computer and changed Plaintiff status from supervisor to maintenance tec II.

6.On and about Aug 2019,i tried to wash my tool off in the utility closet,the Defendant Delores told Plaintiff that ,that is the janitor Mike room,Plaintiff was told by Delores that he was not allowed in the utility closet,Plaintiff was told if he wanted to wash his tools or do any washing of his hand or mops,Plaintiff was told to go outside an use the water hose on the side of the building,Plaintiff had to use the hose on the side of the building in the winter,the utility closet is

for maintenance,and the janitor.

7.April 2020,it is two wash rooms on ground level of the building,for the residents and public to use,once the pandemic came Preservation management closed down the wash rooms to the public an residents,Plaintiff came to work and tried to use the wash room,the Janitor Mike told Plaintiff,hey you Black Mother Fucker were you going,Plaintiff told Mike that he was going to use the wash room,and dont talk to him like that,the defendant mike told Plaintiff that there is no more using the bath room ,Plaintiff went and told the Defendant Delores,Plaintiff was told by defendant that he can no longer use the wash room,Plaintiff was told one bath room was for her and the other one was for mike the janitor,the Defendant Mike is a temp worker.

8.on and about oct 2019 Plaintiff was given a apartment to live in on the property at van buren place apartments,Plaintiff moved in after a few day after they painted,after being in the apartment on and about nov 2019,Plaintiff told Defendant Delores that every time he turn on the stove,the circuit breaker make a loud pop and smoke,also the wall plug pops,Plaintiff couldnt cook for him or his family,Defendant Delores told Plaintiff that it was not important right now and to get the fuck out her office.months later Plaintiff asked Dendant Delores is it a good time to talk about the stove not working maken the circuit breaker pop and blow the lights out.Delores called the electrician,the electrician told the Defendant that the apartment need to be rewired,.the Defenant Delores refused to get Plaintiff apartment rewired,Plaintiff lived in a unsafe apartment without a stove to cook on,Plaintiff called the fire department in january 2021 and the reported that Plaintiff apartment was hot and dangerous,after many emails to Preservation management they had Plaintiff apartment fixed aftermore than a year of Plaintiff liven in a dangerous apartment.As part of Plaintiff employment he had to live on the premises free rent light and gas.

9.On and about sept 20220,Defendant Delores told Plaintiff that she was not doing any more ordering or dealing with venders,she told Plaintiff that it was his job and he is doing it for now own,Plaintiff told delores that his job per the agreement is he assist the supervisor or manager,Plaintiff also told her he will call the regional an HR.After talking to HR defendant Pamela Berger,she asked Plaintiff if he would be inereasted in doing the ordering an handling the venders,if they put a computer in his office,Plaintiff agreed if he get the supervisor tittle and a raise,defendant Pamela told Plaintiff that there will not be a raise,and its his job to do what she ask,plaintiff said that per the agreement he just assist management,Defenant Pamila told Plaintiff that she can rewrite the agreement,and if Plaintiff dont do the job she will fire him.

10.On and about Oct 2020, Plaintiff woke up to his light out in his apartment,Plaintiff told Defndant Delores and REGIONAL Marrissa that his lights went out,Plaintiff was told by delores that she told the regional Marrissa,Plaintiff emailed HR Pamela and told her,because of plaintiff putting in discriminating emails to the regional on defendant delores,also for Plaintiff turning down the position,Preservation Managemeant stop paying Plaintiff light bill,Plaintiff lights went out in october 2020.Plaintiff not only couldnt cook on the stove,Plaintiff now couldnt refrigerate his food,didnt have light to see were he was going at night,Plaintiff had family there that made it more hard to live.Plaintiff complained to all defendants and know one helped Plaintiff,Plaintiff had to use the bathroom outside cause Defendant Delores took Plaintiff bath room key that was for the public.Plaintiff family had to eat cold food and use the bath room outside,Plaintiff was fired by Preservation management on and about November 18,2020,Plaintiff was given a month to move,during the month they gave Plaintiff to move,The defendants nor Preservation management turned Plaintiff lights back on,during the month they gave him to move,infact

Plaintiff put in for unemployment to get money to move,Preservation Management challenged plaintiff unemployment,whitch made Plaintiff not eligible for unemployment,Plaintiff couldnt move and was forced to stay at van buren place apartments witch Preservation Management still didnt turn on his lights,Plaintiff asked for his light to be turned on from oct 2020 to january 2021,Plaintiff was told to call comed and ask them what they could do,Plaintiff explained the situation and comed allowed Plaintiff to put the lights in his name in January 2021.

11.on and about Oct 2019,until i was fired Nov 2020, Mike the janitor when i use to walk pass him in the hallway on a daily bases use to laugh out loud and call me names,he would say you black fuck,also call me a peace of shit,ass hole and otherethings,he would pull the exit signs down to give me work to do or to hurrass me,he would along with defendant delores unlock my office door throw thing around to make it look like someone broke in and went threw everything,after the first or second time they opened my door and randshaked my office,i stop asking her what happen,i just cleaned up my office and continued my day,never nothing was took,this kept happen ing off and on until i was fired Nov 18,2020.Defendants mike and Delores will take smoke breaks every 45 minutes threw the work day,When i walk outside they will point at me talking to there selves and laugh out loud,

12. On about May 2020, Once again since i was hired,finnally i worked up enough courage to try and use the utility room again,the first time was when i was a temp worker.The defendant Mike yelled out loud,hey you black mother fucker were the fuck you going,the defendant went on to say,Delores told your ass you to go outside and use the water hose on the side of the building,Defenant delorese came out and said,what the fuck are you a morron,defendant delores said,i told you thats mikes office,go the fuck outside and use the hose outside.

13,on and about April 2020 i started sending text message of discrimination that i was recieving

from Defenants delores and Mike the janitor, to a higher authority in maintenance name Quentin,about 70ty text messages ranging up to i got fired Nov 18, 2020,he would email them to the defendant maissa Severance,whitch never got in contact with me about my complaints i was making to Quentin.

14.On and about July 2020 I have 40 text messages that i sent Defendant Delore on the Dfendant Mike the janitor for discrimination acts he was doing to me.the text messages to defendant Delores was sent to her from plaintiff until he got fired nov 18, 2020.Plaintiff never got a respond from Dendant Delores about the complaints.

15.On and about May 2020,Plaintiff stared emailing complaints of discrimination on Defendants Delores Aspeitia and Defendant Mike the janitor,Paintiff has or 60 emails of discrimination to the defendant Regional of operation Marissa Severance,The defendant Marissa never not once,responded to Plaintiff email of discrimination,Plaintiff sent emails of discrimination to the defendant Marissa until he got fired Nov 18, 2020.

16.On and about june 2020 Defenant Delores came into work and told Plaintiff what the fuck he had his black ass in her office for,she told plaintiff,dont lie that she saw his finger pints on her desk.Plaintiff told defendant delores that he was doing everyday work is why he was in her office,she told Plaintiff he can kiss here Lilly White Ass with that lie.she told Plaintiff that i told you not to bring your ass in my office when im not here.

17.On and about sept 2020 defendant delores also told Plaintiff he will be doing all ordering and handling the venders,Plaintiff told delores that he will call HR cause thats not his job,

18.Plaintiff told HR defendant Pamela that Defendant delores is not doing ordering or handling venders,Pamela asked plaintiff if he wanted the job if they put a computer in his office,Plaintiff

told Pamela HR yes he would if they give him the position of supervisor that come with the position and a raise,Pamela said not that it is my job,Plaintiff told HR Pamela that per the agreement maintenance only assist the supervisor and or manager,Pamela told him she can change the rules and fire him also if Plaintiff dont take the job,Plaintiff told HR Pamela he would think about it.

19 on and about oct 2020 Plaintiff lights went off in his apartment,Plaintiff contacted Defendants Marissa,Delores,and HR Pamila and told them threw emails and textes that his lights were out,nobody responded.Plaintiff went without light until they fired him November 18 2020,Plaintiff was given 30 day to move,Dec 18,2020,Preservation management still didnt turn the light on,Plaintiff could move on Dec 18,2020,so he stayed there,Plaintiff called Com ED in january 2021,Plaintiff was told Preservation management,turned off the lights in on and about Oct 2020.

20 As a result of Plaintiff maken discrimination complaint on Defendant Delores Aspeitia and the Janitor Mike,Plaintiff was Hurrassed and terminated from his employment,

21Because Plaintiff refused to take a position that was against the agreement,and maken complaints on defendants delores and mike,defendants Pamela Bergner and Marissa Severance and Delores,made up a lie on Plaintiff and fired him.

22,on and about february Defendant delores and defendant Hector Landor would come to Plaintiff apartment door and talk loud,threatening to do body harm to Plaintiff if he didnt move,Delores followed stalked and harassed Plaintiff girl friend Lisa Smith,everytime she came out in the morning to go to work,

23.On and about April 2021 Defendant put up a camera pointed straight tward Plaintiff door as part of harassment,Plaintiff as of today 5-27-21 have sent emails asking them to take the cameras down,they would not respond but once.Plaintiff has not been on to spend a night at his